NO. 07-02-0170-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

SEPTEMBER 23, 2002

_____

MCDILL COLUMBUS CORPORATION, NORTHWOOD FOREST
APARTMENTS, INC., MCDILL OF TEXAS 2, INC., AND
PARTNERS NORTHWOOD LTD., APPELLANTS

V.

U.S.A. METROPOLITAN TAX CREDIT FUND II, L.P.,
RICHMAN METROPOLITAN, INC., AND THE
RICHMAN GROUP OF CONNECTICUT, APPELLEES

_____

FROM THE 127TH DISTRICT COURT OF HARRIS COUNTY;

NO. 96-10530; HONORABLE SHARONLYN WOOD, JUDGE

_____

Before REAVIS and JOHNSON, JJ, and BOYD, S.J.[1]

On September 17, 2002, appellant Partners Northwood, Ltd. filed a Notice of

Bankruptcy in this appeal.  A certified copy of its Voluntary Petition in the United States

Bankruptcy Court for the Middle District of Florida, Tampa Division was attached to the

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.

notice.  The certified copy of the petition in bankruptcy reflects that the original of the petition was filed with the bankruptcy court clerk on July 1, 2002.

Pursuant to TEX. R. APP. P. 8, this appeal is suspended until further order of this court.  The parties are directed to take such action as is appropriate to advise the clerk of this court of any change in the status of appellant Partners Northwood, Ltd.'s bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate pursuant to TEX. R. APP. P. 8.3.

Per Curiam

Do not publish.